**2016–1604. State v. Haugabrook.**
Cuyahoga App. No. 103693, 2016-Ohio-5838.
O'DONNELL, J., dissents.

**2016–1605. State v. Manning.**
Cuyahoga App. No. 103879, 2016-Ohio-5841.

**2016–1606. State v. Scarberry.**
Franklin App. No. 15AP–775, 2016-Ohio-7065.
DeWINE, J., dissents.

**2016–1607. Glenn v. Columbus.**
Franklin App. No. 16AP–15, 2016-Ohio-7011.
KENNEDY, J., dissents.

**2016–1611. State v. Thurman.**
Meigs App. No. 15CA4, 2016-Ohio-7254.

**2016–1612. Stepp v. Medina City School Dist. Bd. of Edn.**
Medina App. Nos. 15CA0071–M and 15CA0073–M, 2016-Ohio-5875. Motion to consolidate denied.
O'DONNELL, KENNEDY, and FRENCH, JJ., dissent.

**2016–1616. State v. Tannert.**
Cuyahoga App. No. 103550, 2016-Ohio-7046.

**2016–1626. State v. Elifritz.**
Preble App. No. CA2016–02–002, 2016-Ohio-7193.

**2016–1627. Flynn v. State Med. Bd. of Ohio.**
Franklin App. No. 16AP–29, 2016-Ohio-5903.
O'DONNELL, J., dissents.
FRENCH, J., not participating.

**2016–1637. State v. Weimer.**
Lake App. No. 2013–L–005, 2016-Ohio-3116.

**2016–1645. State v. Geary.**
Hamilton App. No. 160195, 2016-Ohio-7001.
FISCHER, J., not participating.

**2016–1650. State v. Sands.**
Lake App. No. 2015–L–134, 2016-Ohio-7150.

**2016–1655. State v. Gaver.**
Stark App. No. 2015CA00204, 2016-Ohio-7055.
FRENCH, J., not participating.

**2016–1663. Rownd v. Marcelli.**
Stark App. No. 2015 CA 00154, 2016-Ohio-7142.
KENNEDY and O'NEILL, JJ., dissent.

**2016–1673. US Bank, Natl. Assn. v. Parker.**
Knox App. No. 15–CA–16.
KENNEDY, J., dissents.

**2016–1676. State v. Barker.**
Hamilton App. No. C–130214, 2016-Ohio-7059.
O'CONNOR, C.J., and O'NEILL, J., dissent.
DeWINE, J., not participating.

**2016–1681. State v. Johnson.**
Scioto App. No. 16CA3733, 2016-Ohio-7036.
FRENCH, O'NEILL, and FISCHER, JJ., dissent.